IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT BOGGS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 14-CV-3117-P |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On August 10, 2015, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation ("FCR") in which she recommended that the Court grant Plaintiff's Motion for Summary Judgment (doc. 11), deny Defendant's Motion for Summary Judgment (doc. 15), reverse the decision of the Commissioner, and remand this case for further proceedings consistent with the FCR. No one has objected to the FCR. After reviewing all relevant matters of record in this case, including the FCR and the parties' briefs in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct. Having reviewed the Findings, Conclusions, and Recommendation of the Magistrate Judge for clear error, the Court finds no clear error on the face of the record. Accordingly, the Court hereby **ACCEPTS** the Findings and Conclusions of the Magistrate Judge as the Findings and Conclusions of the Court, **GRANTS** Plaintiff's Motion for Summary Judgment (doc. 11), **DENIES** Defendant's Motion for Summary Judgment (doc. 15), **REVERSES** the Commissioner's decision, and **REMANDS** this action for further proceedings.

**SO ORDERED this 23rd day of September, 2015.**

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE